No. 00–1579. KOCH v. PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied. 

No. 00–1587. TERRY v. UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 00–1590. SPENCE ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 00–7751. POWERS v. UNITED STATES; and
No. 00–8611. HILL v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 232 F. 3d 536.

No. 00–7790. BUCHANAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 00–7806. CHAKLOS v. REICH, FORMER SECRETARY OF LABOR, ET AL. C. A. 3d Cir. Certiorari denied. 

No. 00–7973. RUBIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 00–8011. BLACKWELL v. INDIANA. Ct. App. Ind. Certiorari denied. 

No. 00–8021. MCQUIRTER v. BURKE, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 00–8073. ADAMS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied. 

No. 00–8426. FORT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–8435. SOLIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 00–8447. JONES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–8449. LEVELS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–8472. BAZEMORE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.